[No. 44857-2-II.   Division Two.   February 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY R. RESTORFF, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-00043-9, Michael H. Evans, J., entered May 2, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Melnick, JJ.

[No. 44870-0-II.   Division Two.   February 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE R. GERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-01472-0, John R. Hickman, J., entered May 10, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Worswick, J.

[No. 44963-3-II.   Division Two.   February 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FAGALULU FEAU FILITAULA, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-01750-0, Gary R. Tabor, J., entered June 5, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[No. 45033-0-II.   Division Two.   February 3, 2015.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. LYONS ENTERPRISES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-08264-8, Linda CJ Lee, J., entered May 28, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ. Now published at 186 Wn. App. 518.